# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORISH SCIENCE TEMPLE OF AMERICA, et al., <br>     Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al., <br>     Defendants. | No. CV 19-2475 DSF (KSx) <br><br> JUDGMENT |

The Court having issued an Order to Show Cause re Dismissal and Plaintiffs having failed to respond adequately,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed.

IT IS SO ORDERED.

Date: May 2, 2019

                                                Dale S. Fischer <br>
                                              United States District Judge